**Habeas Corpus Denied and Opinion Filed August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01023-CV

### IN RE CHARLES A. MILLER, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02441-2014**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Moseley

Before the Court is relator Charles A. Miller's petition for writ of habeas corpus in which he seeks discharge from confinement. The facts are known to the parties and we do not recite them herein. The record filed by relator does not contain the reporter's record of the hearing at which he asserts the trial court ordered him committed or proof that relator is actually confined or restrained. *See* TEX. R. APP. P. 52.3(k)(1)(D), 52.7(a). Although relator attached a website print out that purports to show his confinement by the Collin County Sheriff's Department, we conclude this does not provide the proof of confinement required by rule 52. Accordingly, we deny relator's petition for writ of habeas corpus.

141023F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE